

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 15, 2021

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Ctrm 518
New York, NY 10007

      Re:    *United States* v. *Jeffrey Reid*, 20 Cr. 583 (VSB)

Dear Judge Broderick:

      The Government writes to respectfully request an adjournment of the next status conference in the above-captioned case, currently scheduled for April 21, 2020, for approximately 60 to 90 days. The Government is confirming production of all discovery and the adjournment will provide additional time for defense counsel to review discovery and consider what, if any, motions to make. The adjournment will also give the parties an opportunity to explore potential resolutions of the matter. The Government consulted with defense counsel who consents to the adjournment.

      Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act between April 21, 2021 through the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel, who does not object to the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by:  /s/Elizabeth A. Espinosa
     Elizabeth A. Espinosa
     Assistant United States Attorney
     (212) 637-2216

---

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 4/17/2021

The status conference scheduled for April 21, 2021 is hereby adjourned to July 23, 2021 at 10:00 a.m. The adjournment is necessary to permit the parties sufficient time to review discovery, and discuss a possible pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between April 21, 2021 and July 23, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h) (7)(A), in the interest of justice.