

52 Duane Street – 7th Floor – New York, New York 10007
Office: 212-235-5494 • Cell: 917-533-5965 • Email: emacedonio@Yahoo.com

July 19, 2021

**Via ECF**

The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: United States v. Jeffrey Reid
20 Cr. 583 (VSB)

Dear Judge Broderick:

    With the consent of the government, I write to respectfully request an adjournment of the next status conference in the above-captioned case, currently scheduled for July 23, 2021, for approximately 60 days.

    The within request is made as counsel is still in the process of reviewing the discovery in this case. I also require additional time to review the information with Mr. Reid. Finally, the requested adjournment will give the parties an opportunity to explore potential resolutions of the matter.

    Should the Court grant this request, the defense consents to the exclusion of time under the speedy trial clock from July 23, 2021, to the next date set by the Court.

    I thank Your Honor for his consideration in this matter.

Respectfully submitted,

*Elizabeth E. Macedonio*

Elizabeth E. Macedonio
*Counsel for Defendant Jeffrey Reid*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 7/19/2021

The status conference scheduled for July 23, 2021 is hereby adjourned to September 24, 2021 at 10:00 a.m. The adjournment is necessary to permit the parties sufficient time to review discovery, and discuss a possible pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between July 23, 2021 and September 24, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.