

52 Duane Street – 7th Floor – New York, New York 10007
Office: 212-235-5494 • Cell 917-533-5965 • Email: emacedonio@Yahoo.com

November 3, 2021

**Via ECF**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

                Re: United States v. Jeffrey Reid
                    20 Cr. 583 (VSB)

Dear Judge Broderick:

    With the consent of the government, I write to respectfully request an adjournment of the next status conference in the above-captioned matter. The case is currently on the Court's calendar for November 12, 2021. I ask that the matter be put over for a 60-day period.

    The within request is made as counsel is still in the process of reviewing the discovery in this case. Additional time is also required to review the information with Mr. Reid. Moreover, the parties have been exploring the possibility of a disposition and additional time is required to continue these discussions.

    Should the Court grant this request, Mr. Reid consents to the exclusion of time under the Speedy Trial Act from November 12, 2021 to the date of the next scheduled conference.

    I thank Your Honor for his continued consideration in this matter.

                          Respectfully submitted,

                          *Elizabeth E. Macedonio*
                          *Attorney for the Defendant*
                          *Jeffrey Reid*

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J.   11/4/2021

The status conference scheduled for November 12, 2021 is hereby adjourned to January 19, 2022 at 11:30 a.m. The adjournment is necessary to permit counsel sufficient time to review discovery, and to allow the parties to discuss a possible pretrial disposition of the matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between November 12, 2021 and January 19, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.