

52 Duane Street – 7th Floor – New York, New York 10007
Office: 212-235-5494 • Cell: 917-533-5965 • Email: emacedonio@Yahoo.com

January 15, 2022

**Via ECF**

The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J. 01/18/22
>
> The status conference scheduled for January 19, 2022 is hereby adjourned to March 23, 2022 at 11:30 a.m.  The adjournment is necessary to permit defense counsel to complete her review of the discovery and review the discovery with her client. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between for January 19, 2022 and March 23, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

Re: <u>United States v. Jeffrey Reid</u>
20 Cr. 583 (VSB)

Dear Judge Broderick:

    With the consent of the government, I write to respectfully request an adjournment of the next status conference in the above-captioned case, currently scheduled for January 19, 2022, for approximately 60 days.

    The within request is made as counsel is still in the process of reviewing the discovery in this case. I also require additional time to review the information with Mr. Reid.  Finally, the requested adjournment will give the parties an opportunity to explore a potential resolution of the matter.

    Should the Court grant this request, the defense consents to the exclusion of time under the speedy trial clock from January 19, 2022, to the next date set by the Court.

    I thank Your Honor for his consideration in this matter.

Respectfully submitted,

*Elizabeth E. Macedonio*

Elizabeth E. Macedonio
*Counsel for Defendant Jeffrey Reid*