

**The Law Office of Elizabeth E. Macedonio**

**Via ECF**

The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

> ORDERED that the status conference scheduled for January 27, 2023 is hereby rescheduled to April 27, 2023 at 2:00 p.m. The time from January 27, 2023, through April 27, 2023 is excluded in the interests of justice under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A). I find that such a continuance is necessary to, among other things, allow defense counsel to continue her review of the discovery, review the discovery with her client, and discuss a potential disposition with the Government, and I find that the ends of justice served by granting the continuance outweigh the interest of the public and Defendant Reid in a speedy trial.
>
> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J. 1/26/23

Re: <u>United States v. Jeffrey Reid</u>
20 Cr. 583 (VSB)

Dear Judge Broderick:

    With the consent of the government, I write to respectfully request an adjournment of the next status conference in the above-captioned case, currently scheduled for January 27, 2023, for approximately 90 days.

    The within request is made as I had been engaged on trial for several months. Thus, I am still in the process of reviewing the discovery in this case and require additional time to review the information with Mr. Reid. Finally, the requested adjournment will give the parties an opportunity to explore a potential resolution of the matter.

    Should the Court grant this request, the defense consents to the exclusion of time under the speedy trial clock from January 27, 2023, to the next date set by the Court.

    I thank Your Honor for his consideration in this matter.

Respectfully submitted,

*Elizabeth E. Macedonio*

Elizabeth E. Macedonio
*Counsel for Defendant Jeffrey Reid*