

U.S. Department of Justice

*United States Attorney*

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon S. Broderick
**VERNON S. BRODERICK**
**U.S.D.J.**  07/09/2024

The status conference scheduled for July 10, 2024 is hereby adjourned, and a change of plea hearing is scheduled for July 31, 2024 at 12:00 PM.  The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, it is further ordered that the time between July 10, 2024 and July 31, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Ctrm 518
New York, NY 10007

    **Re:**    *United States* **v.** *Jeffrey Reid*, **20 Cr. 583 (VSB)**

Dear Judge Broderick:

    The Government writes to respectfully request an adjournment of the next conference in the above-captioned case, currently scheduled for July 10, 2024, until July 31, 2024 at 12:00 p.m.  At the next scheduled conference, the parties anticipate that the defendant will enter a guilty plea pursuant to a plea agreement.

    Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act between July 10, 2024 through the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).  The Government consulted with defense counsel, who does not object to the exclusion of time.

                                    Respectfully submitted,

                                    DAMIAN WILLIAMS
                                    United States Attorney

              by:  __/s/Elizabeth A. Espinosa_____
                    Elizabeth A. Espinosa
                    Assistant United States Attorney
                    (212) 637-2216