```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
 UNITED STATES OF AMERICA           :
                                    :   20-CR-583-1  (VSB)
     -against-                      :   ORDER
                                    :
    Jeffrey Reid                    :
                                    :
     Defendant                      :
                                    :
------------------------------------X
```

Honorable Vernon S. Broderick, United States District Judge:

It is hereby ORDERED that Jeffrey Reid's special condition for location monitoring is amended as follows:

You must be monitored by the form of location monitoring via Smart Link for a period of 6 months, and must abide by all technology requirements. You will be restricted to your residence at all times except for employment, education, religious services, medical, substance abuse and mental health treatment, court-ordered obligations, and any other such time specifically authorized by the Probation Department (home detention).

Dated: New York, New York

    December 3, 2024

SO ORDERED:

*Vernon Broderick* (signature)

Vernon S. Broderick
U.S. District Judge